IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 3:18-CR-00378 |
| | : | (JUDGE MARIANI) |
| JARRETT EDMONDS | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW, THIS 3RD DAY OF APRIL, 2020**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant Jarrett Edmonds' objection to the Pre-Sentence Report's recommendation that Defendant be deemed a career offender due to his New Jersey conviction for aggravated assault is **SUSTAINED**.

2. A sentencing hearing will be scheduled by further order of the Court.

                                                          *s/ Robert D. Mariani*
                                                          Robert D. Mariani
                                                          United States District Judge